**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Carol Marin, et al.
Plaintiff,
v.
Meta Platforms, Inc.
Defendant.

Case No.: 1:26−cv−05438
Honorable Steven C. Seeger

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 18, 2026:

MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the motion to dismiss. (Dckt. No. [20]) A response is due by September 4, 2026. A reply is due by September 25, 2026. The Court reviewed the joint initial status report. (Dckt. No. [19]) All discovery is hereby stayed pending a ruling on the motion to dismiss. This Court typically allows discovery to go forward, even when a defendant files a motion to dismiss. But not always. A stay makes sense in this particular case given the number, complexity, and novelty of the claims. But all parties must take appropriate steps to preserve evidence in the meantime. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.