**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CAROL MARIN, PHILIP ROGERS, ALISON FLOWERS, ROBIN AMER, LINDSEY DORCUS, YOHANCE LACOUR, and VICTORIA NASSIF, each individually and on behalf of all others similarly situated, | ) | Case No. 26-cv-05438 |
| | ) | Hon. Steven C. Seeger |
| Plaintiffs, | ) | |
| v. | ) | |
| META PLATFORMS, INC., a Delaware corporation, | ) | |
| Defendant. | ) | |

**DECLARATION OF ROSS E. KIMBAROVSKY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO META PLATFORMS, INC.'S MOTION TO DISMISS THE COMPLAINT**

I, Ross E. Kimbarovsky, hereby declare as follows:

1. I am an attorney at the law firm Loevy & Loevy, counsel for Plaintiffs. I submit this declaration in support of Plaintiffs' Opposition to Meta Platforms, Inc.'s Motion to Dismiss.

2. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to them.

3. Attached hereto as **Exhibit 1(A) and (B)** are true and correct copies of Meta's Voice Box announcements, referenced in Paragraphs 31 and n.1of the Complaint. Specifically: **1(A)** Meta, Introducing Voicebox: The Most Versatile AI for Speech Generation (June 16, 2023), and **1(B)** Meta AI, Introducing Voicebox: The first generative AI model for speech to generalize across tasks with state-of-the-art performance (June 16, 2023).

4. Attached hereto as **Exhibit 2** is a true and correct copy of Matthew Le et al., Voicebox: Text-Guided Multilingual Universal Speech Generation at Scale, arXiv:2306.15687 (June 23, 2023), which is referenced in Paragraphs 35 and n.2 of the Complaint.

5. Attached hereto as **Exhibit 3** is a true and correct copy of Apoorv Vyas et al., Audiobox: Unified Audio Generation with Natural Language Prompts, arXiv:2312.15821 (Dec. 25, 2023), which is referenced in Paragraphs 36 and n.4 of the Complaint.

6. Attached hereto as **Exhibit 4** is a true and correct copy of Seamless Communication et al., SeamlessM4T: Massively Multilingual & Multimodal Machine Translation, arXiv:2308.11596 (Aug. 22, 2023), which is referenced in Paragraphs 36 and n.6 of the Complaint.

7. Attached hereto as **Exhibit 5** is a true and correct copy of an article published on Meta's Blog titled: "Introducing a suite of AI language translation models that preserve expression and improve streaming", Nov. 30, 2023, https://ai.meta.com/blog/seamless-communication/ (last visited Sept. 4, 2026), which corroborates the public release alleged in ¶ 120 of the Complaint.

8. Attached hereto as **Exhibit 6** is a true and correct copy of Vineel Pratap et al., Scaling Speech Technology to 1,000+ Languages, arXiv:2305.13516 (May 22, 2023), https://arxiv.org/abs/2305.13516 (last visited May 12, 2026), which is referenced in Paragraphs 36 and n.5 of the Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 4, 2026 in Highland Park, Illinois.

/s/ Ross E. Kimbarovsky
Ross E. Kimbarovsky